Walter J. **BENNETT**, Merchant Mariner's License, Petitioner,

v.

**NATIONAL TRANSPORTATION SAFETY BOARD,** Respondent.

No. 00–2201.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 18, 2001.

Decided Jan. 23, 2001.

Walter J. Bennett, pro se. Daniel D. Campbell, National Transportation Safety Board, Washington, DC, for respondent.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Walter J. Bennett filed a petition for review of the National Transportation Safety Board's ("Board") order dismissing his appeal from the administrative law judge's decision suspending his merchant mariner's license for six months based on a charge of misconduct and placing him on a twelve month probationary period.

Parties are accorded sixty days to file a petition for review in the appropriate court of appeals after the Board issues its final order. 49 U.S.C. § 1153(a) (1994). The Board's order is dated July 10, 2000, and was served on July 12, 2000. Bennett did not file his petition for review until September 14, 2000. We therefore deny the petition for lack of jurisdiction because Bennett's petition was not timely filed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*